Calvin TREADWELL, Plaintiff–
Appellant,

v.

IPC INTERNATIONAL CORP., Mar-
ybeth Bartlett; Michael Wilson,
Defendants–Appellees.

No. 07–55901.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 17, 2008.

Filed Dec. 2, 2008.

Irving Meyer, Esquire, Los Angeles,
CA, for Plaintiff-Appellant.

Eric Alexander Amador, Esquire, Shaw
Terhar & Lamontagne, Los Angeles, CA,
for Defendant-Appellee.

Before RYMER and M. SMITH, Circuit
Judges, and KORMAN,* District Judge.

MEMORANDUM **

Calvin Treadwell appeals from the dis-
trict court's final judgment in favor of his
former employer IPC International Corp.
("IPC") and IPC employees Marybeth
Bartlett and Michael Wilson. Treadwell's
diversity action alleged various violations
of the California Fair Employment and
Housing Act. CAL. GOV'T CODE §§ 12900 *et
seq.* The final judgment incorporates a
pretrial order dismissing Treadwell's hos-
tile work environment claim based on sex-
ual harassment of female co-workers
against Wilson, an order granting partial

---

* The Honorable Edward R. Korman, Senior
United States District Judge for the Eastern
District of New York, sitting by designation.

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

summary judgment in favor of IPC on Treadwell's wrongful termination claim against IPC, as well as a verdict rendered after a bench trial in favor of IPC on Treadwell's hostile work environment claim based on Bartlett's racially charged comments. We affirm.

 The district court did not err in dismissing Treadwell's claim against Wilson because Treadwell lacked standing to bring that claim. Likewise, the district court did not err in granting summary judgment in favor of IPC on Treadwell's wrongful termination claim. Treadwell has not presented the substantial and specific evidence required to demonstrate that IPC's reasons for terminating his employment were pretext to mask an illegal motive. *See Aragon v. Republic Silver State Disposal, Inc.*, 292 F.3d 654, 661–64 (9th Cir.2002). Finally, on the one issue that survived IPC's motion for summary judgment, there is no basis for overturning the district court's finding, after a bench trial, that Treadwell had not been subjected to harassing conduct so severe or pervasive that it made his work environment hostile or abusive.

AFFIRMED.